Clevand Imaging Surgical Hosp

INVOICE DETAILS
Week Ending 05/15/15

For services of
**Gary Toche**

| DATE | DESCRIPTIONS | PROFESSIONAL TIME | TRAVEL TIME | MILEAGE | OTHER EXPENSE | RATE | TOTAL |
|---|---|---|---|---|---|---|---|
| | | | | **EXHIBIT 1** | | | |
| 5/11/15 | TC with Chris Adams | 0.083 | | | | $225.00 | $ 18.68 |
| | TC with Vickie Newsome | 0.33 | | | | $225.00 | $ 74.25 |
| 5/13/14 | Court appearance for appointment as PCO | 0.2 | | | | $225.00 | $ 45.00 |
| | Travel Time to Courthouse | | 1.16 | | | $150.00 | $ 174.00 |
| | Milleage | | | 52 | | 0.575 | $ 29.90 |
| | Parking | | | | $ 9.00 | | $ 9.00 |
| Total | | 0.613 | 1.16 | 52 | $ 9.00 | | $ 350.83 |