Cleveland Imaging Surgical Hosp

INVOICE DETAILS
Week Ending 06/12/15

For services of
**Gary Toche**

| DATE | DESCRIPTIONS | PROFESSIONAL TIME | TRAVEL TIME | MILEAGE | OTHER EXPENSE | RATE | TOTAL |
|---|---|---|---|---|---|---|---|
| | | | | EXHIBIT 2 | | | |
| 6/9/15 | Initial visit to the CISH campus. Met with CEO, numerous staff and toured the physical plant. | 2.45 | | | | $225.00 | $ 551.25 |
| | Round trip travel time | | 2.6 | | | $150.00 | $ 390.00 |
| | Mileage round trip | | | 154 | | 0.575 | $ 88.55 |
| | Tolls | | | | $ 8.70 | | $ 8.70 |
| 6/11/15 | Report preparation time on background, description of facility, plan of oversight and report on 06/09/14 visit. Bill prep time and email time. TC w V.Newsome | 0.9 | | | | $225.00 | $ 202.50 |
| Total | | 3.35 | 2.6 | 154 | $ 8.70 | | $ 1,241.00 |