Clevand Imaging Surgical Hosp

INVOICE DETAILS
Week Ending 06/19/15

For services of
**Gary Toche**

| DATE | DESCRIPTIONS | PROFESSIONAL TIME | TRAVEL TIME | MILEAGE | OTHER EXPENSE | RATE | TOTAL |
|---|---|---|---|---|---|---|---|
| | | | | EXHIBIT 3 | | | |
| 6/17/15 | Telephone contact with patients. | 0.58 | | | | $225.00 | $ 130.50 |
| | | | | | | $150.00 | $   - |
| | | | | | | 0.575 | $   - |
| | | | | | | | |
| 6/18/15 | Telephone contact with patients. | 0.1 | | | | $225.00 | $ 22.50 |
| 6/18/15 | Report preparations, email with CISH staff | 0.4 | | | | $225.00 | $ 90.00 |
| Total | | 1.08 | 0 | 0 | $   - | | $ 243.00 |