Cleveland Imaging Surgical Hosp

INVOICE DETAILS
Week Ending 06/26/15

For services of
**Gary Toche**

| DATE | DESCRIPTIONS | PROFESSIONAL TIME | TRAVEL TIME | MILEAGE | OTHER EXPENSE | RATE | TOTAL |
|---|---|---|---|---|---|---|---|
| | | | | EXHIBIT 4 | | | |
| 6/23/15 | Telephone contact with patients. | 0.77 | | | | $225.00 | $ 173.25 |
| 6/24/15 | Telephone contact with patients. | 0.45 | | | | $225.00 | $ 101.25 |
| 6/25/15 | Report preparations, email with CISH staff | 0.5 | | | | $225.00 | $ 112.50 |
| Total | | 1.72 | 0 | 0 | $ - | | $ 387.00 |