Clevand Imaging Surgical Hosp

INVOICE DETAILS
Week Ending 07/01/15

For services of Gary Toche

EXHIBIT 5

| Date | DESCRIPTIONS | PROFESSIONAL TIME | TRAVEL TIME | MILEAGE | OTHER EXPENSE | RATE | TOTAL |
|---|---|---|---|---|---|---|---|
| 7/1/15 | Telephone contact with Dr. Sterling, ER Phisician | 0.26 | | | | $225.00 | $ 58.50 |
| 7/1/15 | Telephone contact with Ms. Menard, Nurse Practitioner | 0.2 | | | | $225.00 | $ 45.00 |
| 7/1/15 | Report preparations, email with CISH staff | 0.5 | | | | $225.00 | $ 112.50 |
| Total | | 0.96 | 0 | 0 | $ - | | $ 216.00 |