Clevand Imaging Surgical Hosp

INVOICE DETAILS
Week Ending 07/11/15

For services of Gary Toche

| | | | | EXHIBIT 6 | | |
|---|---|---|---|---|---|---|
| | DESCRIPTIONS | PROFESSIONAL TIME | TRAVEL TIME | MILEAGE | OTHER EXPENSE | RATE | TOTAL |
| 7/8/15 | Telephone contact with Vickie Newsome, CEO CISH | 0.23 | | | | $225.00 | $ 51.75 |
| 7/8/15 | Telephone contact with Christine March | 0.23 | | | | $225.00 | $ 51.75 |
| 7/8/15 | Telephone contact with Evageline Attaway | 0.17 | | | | $225.00 | $ 38.25 |
| 7/9/15 | Telephone contact with Casey Roy | 0.2 | | | | $225.00 | $ 45.00 |
| 7/12/15 | Report finalization | 0.5 | | | | $225.00 | $ 112.50 |
| 7/12/15 | Fee Application preparation/filing of all documents/postage | 1 | | | $ 10.00 | $225.00 | $ 235.00 |
| Total | | 2.33 | 0 | 0 | $ 10.00 | | $ 534.25 |