Clevand Imaging Surgical Hosp

| INVOICE DETAILS Week Ending 07/17/15 | | | | | | | |
|---|---|---|---|---|---|---|---|
| For services of Gary Toche | | | | | | | |
| | | | | **EXHIBIT 7** | | | |
| | **DESCRIPTIONS** | **PROFESSIONAL TIME** | **TRAVEL TIME** | **MILEAGE** | **OTHER EXPENSE** | **RATE** | **TOTAL** |
| 7/14/15 | Preparation of Copies and postage of documents sent to Judge Bohm, Chrisitne March, Vickie Newsome | 0.5 | | | $ 10.96 | $225.00 | $ 123.46 |
| 7/16/15 | Telephone contact with patients | 0.8 | | | | $225.00 | $ 180.00 |
| 7/17/15 | Telephone contact with patients | 0.2 | | | | $225.00 | $ 45.00 |
| 7/17/15 | Prepration of hearing notice, filing of notic,e and postage and copies | 0.5 | | | $ 10.00 | $225.00 | $ 122.50 |
| 7/17/15 | Teleconference with Vickie Newsome | 0.2 | | | | $225.00 | $ 45.00 |
| 7/17/15 | Prepration of report | 0.5 | | | | $225.00 | $ 112.50 |
| Total | | 2.7 | 0 | 0 | $ 20.96 | | $ 628.46 |