Clevand Imaging Surgical Hosp

| INVOICE DETAILS Week Ending 07/24/15 | | | | EXHIBIT 8 | | | |
|---|---|---|---|---|---|---|---|
| For services of Gary Toche | | | | | | | |
| | DESCRIPTIONS | PROFESSIONAL TIME | TRAVEL TIME | MILEAGE | OTHER EXPENSE | RATE | TOTAL |
| 7/21/15 | Telephone contact with patients | 0.95 | | | | $225.00 | $213.75 |
| 7/22/15 | Court Hearing | 0.2 | | | | $225.00 | $45.00 |
| | Travel time | | 1.25 | | | $150.00 | $187.50 |
| | Mileage | | | 52 | | $ 0.575 | $29.90 |
| | Parking | | | | $9.00 | | $9.00 |
| 7/23/15 | Vist to the CISH facility | 1.52 | | | | $225.00 | $342.00 |
| | Travel time | | 2.8 | | | $150.00 | $420.00 |
| | Mileage | | | 147 | | $ 0.575 | $84.53 |
| | Tolls | | | | $8.70 | | $8.70 |
| 7/23/15 | Prepration of report | 0.5 | | | | $225.00 | $112.50 |
| Total | | 3.17 | 4.05 | 199 | $17.70 | | $ 1,452.88 |