Clevand Imaging Surgical Hosp

| INVOICE DETAILS Week Ending 07/31/15 For services of Gary Toche | | | | | EXHIBIT 9 | | |
|---|---|---|---|---|---|---|---|
| | DESCRIPTIONS | PROFESSIONAL TIME | TRAVEL TIME | MILEAGE | OTHER EXPENSE | RATE | TOTAL |
| 7/31/15 | Fee Application Preparation | 1 | | | $ 10.00 | $225.00 | $235.00 |
| Total | | | | | | | |
| | | 1 | 0 | 0 | $10.00 | | $ 235.00 |