United States Bankruptcy Court
Southern District of Texas

**ENTERED**

August 26, 2021

Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | **CASE NO: 14-34974** |
| **CLEVELAND IMAGING & SURGICAL** | § | |
| **HOSPITAL, L.L.C.,** | § | |
| | § | |
| Debtor. | § | |
| | § | |
| | § | **CHAPTER 11** |

**ORDER ON TERMINATION OF THE TRUST**

For the reasons set forth in the Court's Memorandum Opinion issued on this date, the Court orders:

1. The trust established as of July 13, 2016 under the confirmed plan of reorganization in this case terminated on December 31, 2018.

2. Not later than September 14, 2021, any party-in-interest may file additional arguments as to whether: (i) this Court has jurisdiction to modify or vacate orders presently on appeal; and (ii) any post-December 31, 2018 orders or judgments that are not presently on appeal may be vacated by the Court. Christopher Quinn is not a party-in-interest for the purposes of this paragraph. *See Goldin v. Bartholow,* 166 F.3d 710, 720 (5th Cir. 1999).

3. Not later than September 14, 2021, Quinn must file a complete accounting.

SIGNED 08/26/2021

_____
Marvin Isgur
United States Bankruptcy Judge