United States Bankruptcy Court
Southern District of Texas
**ENTERED**
September 13, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 14-34974 |
| CLEVELAND IMAGING & SURGICAL HOSPITAL, L.L.C., | § § | |
| | § | |
| Debtor. | § | |
| | § | |
| | § | CHAPTER 11 |

**AMENDED ORDER ON TERMINATION OF THE TRUST**

Pursuant to the motion for reconsideration filed at ECF No. 1123 and for the reasons set forth in the Court's August 26, 2021 Memorandum Opinion, the Court orders:

1. The trust established as of July 13, 2016 under the confirmed plan of reorganization in this case terminated on December 31, 2018.

2. Not later than September 14, 2021, any party-in-interest may file additional arguments as to whether: (i) this Court has jurisdiction to modify or vacate orders presently on appeal; and (ii) any post-December 31, 2018 orders or judgments that are not presently on appeal may be vacated by the Court. Christopher Quinn is not a party-in-interest for the purposes of this paragraph. *See Goldin v. Bartholow,* 166 F.3d 710, 720 (5th Cir. 1999).

3. Not later than September 14, 2021, Quinn must file a complete accounting.

4. In his motion for reconsideration, Quinn requests that the Court amend its order to define how any remaining assets from the now-terminated trust should be distributed to beneficiaries. The Court's opinion should not be read to preclude Quinn from seeking such relief; nor does it preclude any opposition to such relief. If Quinn seeks a Court order giving him direction on the disposition of assets, such a determination must be made with notice to all beneficiaries.

SIGNED 09/13/2021

_____
Marvin Isgur
United States Bankruptcy Judge